Noel C. Crowley (#3712)
CROWLEY & CROWLEY
20 N. Park Place, Suite 206
Morristown, New Jersey 07960
(973) 829-0550
Attorneys for defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ASTA FUNDING, INC., | Civil Action No. |
| Plaintiff, |  |
| vs. |  |
| YOUR WELLBEING, LLC; CHARLES RONALD GREEN JR.; and MELINDA GREEN, |  |
|  | **CORPORATE DISCLOSURE STATEMENT** |
| Defendants. |  |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Your Wellbeing, LLC, by and through its attorneys, hereby states that it has no parent corporation and that there is no publically held corporation owning 10% or more of the shares.

        CROWLEY & CROWLEY

        By: s/_____
           Noel C. Crowley (#3712)
        20 N. Park Place
        Morristown, NJ 07960
        Tel. (973) 829-0550
        E-mail: cclawnj@aol.com
        Attorneys for defendants

Dated: April 18, 2011