IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTA FUNDING, INC.,<br><br>                Plaintiff,<br><br>       v.<br><br>YOUR WELLBEING, LLC; CHARLES RONALD GREEN JR.; AND MELINDA GREEN,<br><br>                Defendants. | No. 2:11-CV-02202-WJM-MF |
| YOUR WELLBEING, LLC,<br><br>                Counterclaim Plaintiff,<br><br>       v.<br><br>ASTA FUNDING, INC.<br><br>                Counterclaim Defendant. | |

## RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff/Counterclaim Defendant Asta Funding, Inc. ("Asta") certifies that Asta does not have any parent corporation, and no publicly held company owns ten percent or more of Asta's stock.

-2-

                                                    Respectfully submitted,

Dated: June 20, 2011                    /s/ Eric J. Goldberg
                                                    Eric J. Goldberg
                                                    PEPPER HAMILTON LLP
                                                    (A Pennsylvania Limited Liability Partnership)
                                                    Suite 400
                                                    301 Carnegie Center
                                                    Princeton, NJ  08543-5276
                                                    Phone:  (609) 452-0808
                                                    goldberge@pepperlaw.com

                                                    *Counsel for Plaintiff /Counterclaim Defendant*
                                                    *Asta Funding, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ASTA FUNDING, INC.,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>YOUR WELLBEING, LLC; CHARLES RONALD GREEN JR.; AND MELINDA GREEN,<br><br>　　　　　Defendants. | No. 2:11-CV-02202-WJM-MF |
| YOUR WELLBEING, LLC,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　　　　v.<br><br>ASTA FUNDING, INC.<br><br>　　　　　Counterclaim Defendant. | CERTIFICATE OF SERVICE |

　　　　　I hereby certify that on June 20, 2011, I electronically filed with the Clerk of the District Court using its CM/ECF system the foregoing Rule 7.1 Statement for Plaintiff/Counterclaim Defendant Asta Funding, Inc. I further caused a copy of the above noted document to be served via facsimile upon the following counsel:

　　　　　　　　Noel C. Crowley, Esquire
　　　　　　　　CROWLEY & CROWLEY
　　　　　　　　20 N. Park Place, Suite 206
　　　　　　　　Morristown, NJ 07960

　　　　　　　　*Counsel for Defendants and Counterclaim Plaintiff*

| | |
|---|---|
| Dated:  June 20, 2011 | s/ Eric J. Goldberg<br>Eric J. Goldberg<br>**PEPPER HAMILTON LLP**<br>*(A Pennsylvania Limited Liability Partnership)*<br>301 Carnegie Center, Suite 400<br>Princeton, NJ  08543-5276<br>(609) 452-0808<br>goldberge@pepperlaw.com |