# LITTLETON JOYCE UGHETTA PARK & KELLY LLP
NEW YORK CITY | PURCHASE, NY | RED BANK, NJ | LOS ANGELES | PHILADELPHIA

Eric J. Goldberg
direct dial: (212) 404-5773
eric.goldberg@littletonjoyce.com

October 23, 2015

<u>Via ECF</u>
The Honorable Michael A. Hammer
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    Asta Funding, Inc. v. Your Wellbeing, LLC, et al.
             <u>Docket No. 2:11-CV-02202-KM-MAH, Our File No.: 13620.00007</u>

Dear Judge Hammer:

    As counsel for the plaintiff in the above matter, we write with the consent of defense counsel to advise the Court that the parties have settled the matter, and we anticipate filing dismissal papers in the near future. We therefore respectfully request that the Court cancel the status conferenced scheduled for October 26, 2015 (Doc. 66).

                                Respectfully,

              **LITTLETON JOYCE UGHETTA PARK & KELLY LLP**

                                Eric J. Goldberg

EJG: mi
cc:    Noel C. Crowley (via ECF)